UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-against-<br><br>ADEDAYO JOHN,<br><br>    Defendant. | No. 21-CR-609 (LAP)<br>No. 25-CV-5568 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of Defendant's pro se motion seeking a sentence reduction (dkt. no. 540) and his pro se motion brought under 28 U.S.C. § 2255 (dkt. no. 541). The Government shall respond to both of Defendants motions no later than September 19, 2025. Defendant may submit any reply no later than October 17, 2025.

**SO ORDERED.**

Dated: August 12, 2025
    New York, New York

              */s/ Loretta A. Preska*
              LORETTA A. PRESKA
              Senior United States District Judge